## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CESAR URIEL RODRIGUEZ
MARTINEZ,

      Defendant.

Case No. 26-MC-00015-SEH

## OPINION AND ORDER

For the same reasons explained by United States Magistrate Judge Mark T. Steele in his order in Case No. 26-mj-521 filed at [ECF No. 13], the Court DENIES the motion currently before the Court titled Government's Appeal of Magistrate Court's Orders Dismissing the Complaint and Denying a Requested Stay [ECF No. 1].

As Judge Steele made clear in his order, the Federal Rules of Criminal Procedure provide a means and mechanism for the government to pursue its charge against the defendant.

DATED this 2nd day of July, 2026.

Sara E. Hill
UNITED STATES DISTRICT JUDGE